



January 6, 2020

Honorable Richard J. Sullivan
United States Circuit Court Judge
for the Second Circuit Court of Appeals
40 Foley Square
New York, New York 10007

    Re:    *United States of America v. Vincent Terracciano*
             Ind. No.: 16 Cr. 522 (RJS)

Dear Judge Sullivan:

    As CJA counsel, I represented Mr. Terracciano in connection with indictment 16 Cr. 522. On September 25, 2017, Your Honor imposed a sentence of home confinement and a Supervised Release term of 3-years. In addition, Mr. Terracciano was ordered to pay $7,600.00 in restitution. Thus far, at the end of year-2 of his probation term, he has paid $2,500 pursuant to a payment plan. Mr. Terracciano has never missed a payment and is fully compliant with all of Probation's conditions.

    Recently, Mr. Terracciano has expressed his desire to terminate his Probation term early due to the difficulty he is having in securing residential ownership in a coop due to his probationary status. I have advised him that an application pursuant to 18 U.S.C. § 3583(e)(1) for early termination of probation can be made to the Court. Given that I was his CJA counsel, I am available to file such an application, however, before I did so, I am respectfully seeking re-appointment as CJA counsel for this purpose. I anticipate that time incurred for this application will take no longer than ten (10) hours.

    Thank you for your consideration.

```
IT IS HEREBY ORDERED THAT Mr. Brill is
appointed to represent Supervisee in this
matter, pursuant to the Criminal Justice Act,
18 U.S.C. § 3006A, for the purposes of
submitting an application for early
termination of supervised release.
```

Very truly yours,

SULLIVAN & BRILL, LLP

By: Steven Brill

SO ORDERED
Dated: 1/6/20
RICHARD J. SULLIVAN
U.S.D.J.